UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PNC BANK, NATIONAL ASSOCIATION, | ) | |
| | ) | Case No. 1:25-cv-10400 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| IG TRUCKING EXPRESS, INC. and | ) | Honorable Lindsay C. Jenkins |
| IGOR IANIOGLO, | ) | |
| | ) | |
| Defendants. | ) | |

**PNC'S MOTION FOR ENTRY OF STIPULATED JUDGMENT**

NOW COMES Plaintiff PNC Bank, National Association, by and through counsel, and for its Motion for Entry of Stipulated Judgment against Defendants IG Trucking Express, Inc. ("IG Trucking") and Igor Ianioglo, states as follows:

1. August 29, 2025, PNC filed its Verified Complaint against IG Trucking and Ianioglo, as Case No. 1:25-cv-10400, in the United States District Court for the Northern District of Illinois, Eastern Division (the "Litigation") for breach of contract, breach of guaranty, replevin and detinue. See Docket No. 1.

2. On November 5, 2025, PNC, IG Trucking, and Ianioglo entered into the Settlement Agreement, Stipulation for Entry of Judgment and Release (the "Settlement Agreement"). A true and correct copy of the Settlement Agreement is attached hereto as Exhibit A.

3. Pursuant to the Settlement Agreement, IG Trucking and Ianioglo agreed to make payment as follows:

   a. One (1) payment of twelve thousand five hundred dollars ($12,500.00) due on or before November 15, 2025;

   b. Twelve (12) consecutive monthly payments of one thousand sixty-nine dollars ($1,069.00) each, due on the 15th of each month, beginning on November 15, 2025, and ending October 15, 2026 (the last payment due on October 15, 2026 to be

1

$1070.37), reflecting the past due balance under the Agreement after the initial payment of $12,500.00 is received; and

c. Forty-one (41) consecutive monthly payments of two thousand seventy-two dollars and twelve cents ($2,072.12) each, due on the 15th of each month, beginning November 15, 2025 and ending March 15, 2029, consistent with the original term of the Agreement.

See Settlement Agreement, Paragraph 2, attached as Exhibit A.

4. The Settlement Agreement, Paragraph 4, contemplates dismissal of this lawsuit without prejudice and with leave to reinstate after the first two payments are received by PNC.

5. However, IG Trucking and Ianioglo failed to make any payments to PNC, and have failed to respond to efforts to communicate regarding the Settlement Agreement.

6. On December 1, 2025, PNC sent a Notice of Default letter to IG Trucking and Ianioglo due to their failure to make payments pursuant to the Settlement Agreement. A true and correct copy of the Notice of Default letter is attached hereto as Exhibit B.

7. IG Trucking and Ianioglo failed to cure the default.

8. IG Trucking and Ianioglo have made zero payments pursuant to the Settlement Agreement. Accordingly, pursuant to Paragraph 3 of the Settlement Agreement, PNC is entitled to entry of judgment against IG Trucking and Ianioglo, jointly and severally, in the amount of $102,458.33, plus interest at the rate of eighteen percent (18%) per annum from the date of default December 1, 2024 to the date of judgment, plus attorney's fees and costs (incurred from the date when PNC first referred this matter to outside counsel), less payments made under this Settlement Agreement.

9. The default interest incurred from December 1, 2024 to December 9, 2025 totals $18,564.17, which is $49.77 per day ($100,922.28 *.18/365) for 373 days.

10. PNC is also entitled to its attorneys' fees and costs.

2

11. Pursuant to the Settlement Agreement, IG Trucking and Ianioglo further agreed as follows with respect to PNC's collateral:

> In addition, PNC shall have the right to judgment on Count III of the Verified Complaint in its favor and against IG Trucking for Replevin, with the Court entering an Order directing the U.S. Marshal, or duly authorized authority to use all necessary force, including the force necessary to break locks, to repossess the Collateral: two (2) 2024 Reitnouer Flatbed Trailers, Vin Nos. 1RNF53A24RR062214 and 1RNF53A24RR062200, from 12244 Ferris Lane, Huntley, Illinois 60142, or wherever they may be found, and enter a judgment against IG Trucking, for the value of any portion of the Collateral not so returned, plus attorneys' fees and costs and such other and further relief as this Court deems just. With respect to Count IV for Detinue of the Verified Complaint, PNC shall have the right to judgment in its favor and against IG Trucking with the Court ordering IG Trucking to surrender the Collateral to PNC at a place and time directed by PNC within fourteen (14) days of the Court's entry of the judgment. The aforementioned judgment against the Defendants shall be referred to as the "Stipulated Judgment."

See Settlement Agreement, Paragraph 3.

12. PNC requests that this Court enforce the terms of the Settlement Agreement that was freely entered between the parties subsequent to the filing of the Complaint.

13. Efforts to reach IG Trucking Express, Inc. and Igor Ianioglo to discuss the payment default and the filing of this Motion have been unsuccessful.

WHEREFORE, Plaintiff PNC Bank, National Association respectfully requests that this Court grant its Motion for Entry of Stipulated Judgment and enter an Order:

a. Granting PNC's Motion;

b. Entering judgment in favor of Plaintiff PNC Bank, National Association and against Defendants IG Trucking Express, Inc. and Igor Ianioglo, jointly and severally, in the amount of $102,458.33, plus prejudgment interest of $18,564.17, plus attorneys' fees and costs;

c. As to Count III, granting an Order of Replevin in favor of PNC and against IG Trucking Express, Inc. for (2) 2024 Reitnouer Flatbed Trailers, Vin Nos. 1RNF53A24RR062214 and 1RNF53A24RR062200 (the "Equipment") and directing the U.S. Marshals Service or duly authorized authority to use all necessary force, including the breaking of any locks, to repossess the Equipment, or any portion thereof, from 12244 Ferris Lane, Huntley, Illinois 60142 or wherever the Equipment may be found, and deliver the Equipment to PNC, provided that PNC posts a bond in favor of the U.S. Marshals

3

    Service in the amount of $160,000.00;

d. As to Count IV, entering an Order of Detinue in favor of PNC and against IG Trucking Express, Inc. to surrender the Equipment to PNC at a place and time designated by PNC within fourteen (14) days of entry of this Order;

e. PNC shall credit the sale of the Equipment to the balance owed under the Judgment; and

f. Granting all other and further relief which this Court deems just.

                         PNC BANK, NATIONAL ASSOCIATION,

By:   /s/C. Randall Woolley
        C. Randall Woolley
        Darcy & Devassy PC
        444 North Michigan Avenue, Suite 3270
        Chicago, IL 60611
        (312) 784-2400 (t)
        rwoolley@darcydevassy.com